# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHERLYN RITTINGER, : and RICHARD RITTINGER, : : | |
| Plaintiffs : | CIVIL ACTION NO. 3:17-0453 |
| v : : | (JUDGE MANNION) |
| KEYSTONE MAINTENANCE SERVICES CORPORATION, : | |
| Defendant : | |
| v : | |
| SMC HANDLING, : | |
| Third Party Defendant : | |

## ORDER

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** SCM's motion to dismiss, **(Doc. 27)**, Keystone's third party complaint, **(Doc. 16)**, for lack of personal jurisdiction is **GRANTED**;

**(2)** Keystone's third party complaint against SCM, **(Doc. 16)**, is **DISMISSED**; and

**(3)** SCM is **DISMISSED** from this case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: July 18, 2018**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2017 MEMORANDA\17-0453-01-ORDER.wpd